UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- v -

STANLEY BRUCE,

             Defendant.

-------------------------------------------------------------

**ORDER**

7:25-CR-00131 (PMH)

A Sentencing Hearing is scheduled for October 16, 2025 at 2:30 p.m. Defendant's sentencing submission is due by September 25, 2025 and the Government's response is due by October 2, 2025.

**SO ORDERED:**

Dated: White Plains, New York
      April 2, 2025

_____
Philip M. Halpern
United States District Judge