UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

STANLEY BRUCE,

                        Defendant.
----------------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

25 CR 131 (PMH)

      The Court has reviewed the March 26, 2025 transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated April 29, 2025, is approved and accepted, and the defendant is adjudged guilty of the offenses charged in the Information.

      The Clerk is directed to enter the guilty plea.

**SO ORDERED.**

Dated: White Plains, New York
       April 30, 2025

_____
Philip M. Halpern
United States District Judge